United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jeffrey D. Bianchi, Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 13-61079-Civ-Scola |
| | ) |
| Pioneer Credit Recovery, Inc., Defendant | ) |

### Order Of Dismissal

THIS CASE has been dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. For Dismissal With Prejudice, ECF No. 34). The Clerk will **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in chambers, at Miami, Florida, on April 30, 2014.

_____
Robert N. Scola, Jr.
United States District Judge